Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――― X

ROBIN COLLAZO, On Behalf of Himself And All
Others Similarly Situated,

                Plaintiff,           No. 11-CV-0579 (TPG)

    -against-

SANDRA GREER REAL ESTATE, INC.,

                Defendant.
―――――――――――――――――――――― X

### STIPULATION FOR FINAL DISMISSAL WITH PREJUDICE OF PLAINTIFF'S INDIVIDUAL CLAIMS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that the above-captioned action be dismissed with prejudice with respect to Plaintiff's individual claims only and dismissed without prejudice with respect to any claim of the putative class members. Plaintiff's individual claims should be dismissed with prejudice in their entirety and with no award of attorneys' fees, except as provided in the Individual Negotiated Settlement and General Release ("Agreement"), costs or disbursements to either Plaintiff or Defendant by the Court, with said Court to retain jurisdiction to enforce the terms of the Agreement.

| REED SMITH LLP | MICHAEL J. REDENBURG, ESQ. PC |
|---|---|
| By: *[signature]* | By: *[signature]*  5-13-2011 |
| Daniel Schleifstein (DS-3379) | Michael J. Redenburg (MR-4662) |
| 599 Lexington Avenue, 22nd Floor | 150 Broadway, Suite 808 |
| New York, New York 10022 | New York, NY 10038 |
| Tel: (212) 521-5400 | Tel: (212) 240-9465 |
| Fax: (212) 521-5450 | Fax: (917) 591-1667 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Sandra Greer Real Estate, Inc.* | *Robin Collazo* |