05/13/2011   Case 1:11-cv-00579-TPG   Document 11   Filed 05/13/11   Page 1 of 1

Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ROBIN COLLAZO, On Behalf of Himself And All
Others Similarly Situated,

                Plaintiff,          No. 11-CV-0579 (TPG)

  -against-

SANDRA GREER REAL ESTATE, INC.,

                Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/11

## STIPULATION FOR FINAL DISMISSAL WITH PREJUDICE OF PLAINTIFF'S INDIVIDUAL CLAIMS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that the above-captioned action be dismissed with prejudice with respect to Plaintiff's individual claims only and dismissed without prejudice with respect to any claim of the putative class members. Plaintiff's individual claims should be dismissed with prejudice in their entirety and with no award of attorneys' fees, except as provided in the Individual Negotiated Settlement and General Release ("Agreement"), costs or disbursements to either Plaintiff or Defendant by the Court, with said Court to retain jurisdiction to enforce the terms of the Agreement.

REED SMITH LLP

By: _____

Daniel Schleifstein (DS-3379)
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

*Attorneys for Defendant
Sandra Greer Real Estate, Inc.*

MICHAEL J. REDENBURG, ESQ. PC

By: _____
                                5-13-2011

Michael J. Redenburg (MR-4662)
150 Broadway, Suite 808
New York, NY 10038
Tel: (212) 240-9465
Fax: (917) 591-1667

*Attorneys for Plaintiff
Robin Collazo*

**SO ORDERED:**

_____ 5/18/11
Thomas P. Griesa
**U.S.D.J.**